# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: PINA, JORGE A<br>PINA, MARIA<br><br>Debtor(s) | § Case No. 09-74346<br>§<br>§<br>§ |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on October 05, 2009. The undersigned trustee was appointed on December 07, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $    90,011.45

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Administrative expenses | 17,130.63 |
    | Payments to creditors | 14,619.58 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Payments to the debtor | 15,000.00 |
    | Leaving a balance on hand of[1] | $   43,261.24 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 03/17/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,767.53. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,767.53, for a total compensation of $5,767.53. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $1,258.53, for total expenses of $1,258.53.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/28/2010          By: /s/ JOSEPH D. OLSEN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 09-74346  
Case Name:   PINA, JORGE A  
             PINA, MARIA  
Period Ending: 09/28/10

Trustee:   (330400)   JOSEPH D. OLSEN  
Filed (f) or Converted (c):  10/05/09 (f)  
§341(a) Meeting Date:  11/10/09  
Claims Bar Date:  03/17/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  4952 Antioch Dr. - residence | 140,000.00 | 0.00 | DA | 0.00 | FA |
| 2  Cash/checking | 60.00 | 0.00 | DA | 0.00 | FA |
| 3  HHG/furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4  Clothing | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 5  vehicles | 23,500.00 | 0.00 | DA | 0.00 | FA |
| 6  3872 Deer Run Blvd - TX property | Unknown | 0.00 | | 90,000.00 | FA |
| Int  INTEREST (u) | Unknown | N/A | | 11.45 | Unknown |
| 7  Assets    Totals (Excluding unknown values) | $165,760.00 | $0.00 | | $90,011.45 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):   December 31, 2010         Current Projected Date Of Final Report (TFR):   June 30, 2010  (Actual)

Printed: 09/28/2010 09:06 AM   V.12.52

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| Case Number: 09-74346 | Trustee: JOSEPH D. OLSEN (330400) |
| Case Name: PINA, JORGE A / PINA, MARIA | Bank Name: JPMORGAN CHASE BANK, N.A. |
| | Account: ***-*****26-65 - Money Market Account |
| Taxpayer ID #: **-***2886 | Blanket Bond: $1,500,000.00 (per case limit) |
| Period Ending: 09/28/10 | Separate Bond: N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 09/28/2010 09:06 AM   V.12.52

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-74346 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | PINA, JORGE A | | Bank Name: | The Bank of New York Mellon |
| | PINA, MARIA | | Account: | 9200-******26-65 - Money Market Account |
| Taxpayer ID #: | **-***2886 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 09/28/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 05/13/10 | | Stewart Title Border Division | sale of Eagle Pass property | | | 62,937.98 | | 62,937.98 |
| | {6} | | Eagle Pass property in Texas | 90,000.00 | 1110-000 | | | 62,937.98 |
| | | | Settlement charges to seller | -7,586.00 | 2500-000 | | | 62,937.98 |
| | | | first mortgage | -14,451.45 | 4110-000 | | | 62,937.98 |
| | | | commission | -3,770.10 | 3510-000 | | | 62,937.98 |
| | | | credit to buyer for owners title policy | -775.00 | 2500-000 | | | 62,937.98 |
| | | | County taxes 1/10 to 5/27/10 | -168.13 | 4800-000 | | | 62,937.98 |
| | | | school taxes | -311.34 | 2820-000 | | | 62,937.98 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 2.17 | | 62,940.15 |
| 06/04/10 | | To Account #9200******2666 | Payment of bond premium | | 9999-000 | | 52.18 | 62,887.97 |
| 06/08/10 | | To Account #9200******2666 | balance of bond premium | | 9999-000 | | 4.01 | 62,883.96 |
| 06/29/10 | | To Account #9200******2666 | Transfer funds to pay taxing authorities & accountant fees | | 9999-000 | | 4,632.00 | 58,251.96 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 3.60 | | 58,255.56 |
| 07/20/10 | | To Account #9200******2666 | Per Court order of 7/19 | | 9999-000 | | 15,000.00 | 43,255.56 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 3.12 | | 43,258.68 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 2.56 | | 43,261.24 |
| | | | ACCOUNT TOTALS | | | 62,949.43 | 19,688.19 | $43,261.24 |
| | | | Less: Bank Transfers | | | 0.00 | 19,688.19 | |
| | | | Subtotal | | | 62,949.43 | 0.00 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | NET Receipts / Disbursements | | | $62,949.43 | $0.00 | |

{} Asset reference(s)

Printed: 09/28/2010 09:06 AM    V.12.52

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-74346 | Trustee: | JOSEPH D. OLSEN (330400) |
| --- | --- | --- | --- |
| Case Name: | PINA, JORGE A / PINA, MARIA | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******26-66 - Checking Account |
| Taxpayer ID #: | **-***2886 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 09/28/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 06/04/10 | | From Account #9200******2665 | Payment of bond premium | 9999-000 | 52.18 | | 52.18 |
| 06/04/10 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-74346, Bond premium #016018067 Voided on 06/07/10 | 2300-003 | | 52.18 | 0.00 |
| 06/07/10 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-74346, Bond premium #016018067 Voided: check issued on 06/04/10 | 2300-003 | | -52.18 | 52.18 |
| 06/08/10 | | From Account #9200******2665 | balance of bond premium | 9999-000 | 4.01 | | 56.19 |
| 06/08/10 | 102 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-74346, Bond premium #016018067 Voided on 06/08/10 | 2300-003 | | 56.19 | 0.00 |
| 06/08/10 | 102 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-74346, Bond premium #016018067 Voided: check issued on 06/08/10 | 2300-003 | | -56.19 | 56.19 |
| 06/08/10 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-74346, Bond Premium #016018067 | 2300-000 | | 56.19 | 0.00 |
| 06/29/10 | | From Account #9200******2665 | Transfer funds to pay taxing authorities & accountant fees | 9999-000 | 4,632.00 | | 4,632.00 |
| 06/29/10 | 104 | United States Treasury | pymt of 2009 taxes - Form 1041 | 2810-000 | | 1,900.00 | 2,732.00 |
| 06/29/10 | 105 | Illinois Department of Revenue | 6/30/10 fiduciary taxes - IL-1041-V - EIN 27-6608385 | 2820-000 | | 1,752.00 | 980.00 |
| 07/20/10 | | From Account #9200******2665 | Per Court order of 7/19 | 9999-000 | 15,000.00 | | 15,980.00 |
| 07/20/10 | 106 | Sikich LLP | Acct. fees for preparation 09 fiduciary returns | 3310-000 | | 980.00 | 15,000.00 |
| 07/20/10 | 107 | Jorge A. Pina and Maria Pina | Per court order of 7/19 | 8200-002 | | 15,000.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 19,688.19 | 19,688.19 | $0.00 |
| | | | Less: Bank Transfers | | 19,688.19 | 0.00 | |
| | | | Subtotal | | 0.00 | 19,688.19 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $4,688.19 | |

() Asset reference(s)

Printed: 09/28/2010 09:06 AM   V.12.52

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 09-74346 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | PINA, JORGE A | | Bank Name: | The Bank of New York Mellon |
| | PINA, MARIA | | Account: | 9200-******26-66 - Checking Account |
| Taxpayer ID #: | **-***2886 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 09/28/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 62,949.43
Plus Gross Adjustments : 27,062.02
Less Payments to Debtor : 15,000.00

Net Estate : $75,011.45

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****26-65 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******26-65 | 62,949.43 | 0.00 | 43,261.24 |
| Checking # 9200-******26-66 | 0.00 | 4,688.19 | 0.00 |
| | $62,949.43 | $4,688.19 | $43,261.24 |

{} Asset reference(s)

Printed: 09/28/2010 09:06 AM  V.12.52

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: March 17, 2010

Case Number: 09-74346
Debtor Name: PINA, JORGE A

Page: 1

Date: September 28, 2010
Time: 09:06:50 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | [Updated by Surplus to Debtor Report based on Net Estate Value: 50350.60] | $5,767.53 | $0.00 | 5,767.53 |
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $1,258.53 | $0.00 | 1,258.53 |
| 200 | Yalden, Olsen & Willette<br>1318 East State Street<br>Rockford, IL 61104 | Admin Ch. 7 | | $3,151.00 | $0.00 | 3,151.00 |
| 1<br>100 | Ford Motor Credit Company LLC<br>P O Box 6275<br>Dearborn, MI 48121 | Secured | Allowed but no distribution to be made. | $0.00 | $0.00 | 0.00 |
| 2<br>610 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $153.30 | $0.00 | 153.30 |
| 3<br>610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $2,364.08 | $0.00 | 2,364.08 |
| 4<br>610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $2,199.25 | $0.00 | 2,199.25 |
| 5<br>610 | Credit First NA<br>P O Box 818011<br>Cleveland, OH 44181 | Unsecured | | $794.46 | $0.00 | 794.46 |
| 6<br>610 | NCO PORTFOLIO MANAGEMENT<br>% Becket & Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $284.75 | $0.00 | 284.75 |
| 7<br>610 | GE Money Bank dba JCPENNEY CREDIT SERVICES<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | Unsecured | | $213.88 | $0.00 | 213.88 |
| 8<br>610 | GE Money Bank dba WALMART<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | Unsecured | | $760.67 | $0.00 | 760.67 |
| 9<br>610 | PYOD LLC its successors and assigns as assignee of<br>Citibank,c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $798.88 | $0.00 | 798.88 |
| 10<br>610 | PYOD LLC its successors and assigns as assignee of<br>Citibank,c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $361.40 | $0.00 | 361.40 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: March 17, 2010

Case Number: 09-74346  
Debtor Name: PINA, JORGE A  

Page: 2

Date: September 28, 2010  
Time: 09:06:50 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11 610 | Rockford Mercantile Agency<br>2502 S Alpine Rd.<br>Rockford, IL 61108 | Unsecured | | $274.25 | $0.00 | 274.25 |
| 12 610 | CBO/OSFMG Southridge<br>CB Accounts<br>PO Box 1289<br>Peoria, IL 61654-1289 | Unsecured | Per Order 6/21 | $182.00 | $0.00 | 182.00 |
| 21 640 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $0.67 | $0.00 | 0.67 |
| 31 640 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $10.26 | $0.00 | 10.26 |
| 41 640 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | -- | $9.54 | $0.00 | 9.54 |
| 51 640 | Credit First NA<br>P O Box 818011<br>Cleveland, OH 44181 | Unsecured | | $3.45 | $0.00 | 3.45 |
| 61 640 | NCO PORTFOLIO MANAGEMENT<br>% Becket & Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1.24 | $0.00 | 1.24 |
| 71 640 | GE Money Bank dba JCPENNEY CREDIT SERVICES<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | Unsecured | | $0.93 | $0.00 | 0.93 |
| 81 640 | GE Money Bank dba WALMART<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | Unsecured | | $3.30 | $0.00 | 3.30 |
| 91 640 | PYOD LLC its successors and assigns as assignee of<br>Citibank,c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $3.47 | $0.00 | 3.47 |
| 101 640 | PYOD LLC its successors and assigns as assignee of<br>Citibank,c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $1.57 | $0.00 | 1.57 |
| 111 640 | Rockford Mercantile Agency<br>2502 S Alpine Rd.<br>Rockford, IL 61108 | Unsecured | | $1.19 | $0.00 | 1.19 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: March 17, 2010

Case Number: 09-74346　　　Page: 3　　　Date: September 28, 2010
Debtor Name: PINA, JORGE A　　　　　　　Time: 09:06:50 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 121 640 | CBO/OSFMG Southridge<br>CB Accounts<br>PO Box 1289<br>Peoria, IL 61654-1289 | Unsecured | | $0.79 | $0.00 | 0.79 |
| SURPLUS 650 | PINA, JORGE A<br>4952 ANTIOCH DR.<br>ROCKFORD, IL 61109-3188 | Unsecured | | $39,660.85 | $0.00 | 39,660.85 |
| << Totals >> | | | | 58,261.24 | 0.00 | 58,261.24 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-74346
Case Name: PINA, JORGE A
Trustee Name: JOSEPH D. OLSEN

Claims of secured creditors will be paid as follows:

*Claimant*                                        *Proposed Payment*
                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JOSEPH D. OLSEN | $ 5,767.53 | $ 1,258.53 |
| *Attorney for trustee* | Yalden, Olsen & Willette | $ 3,151.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*              *Fees*              *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for*      _____ $_____ $_____
*Accountant for*    _____ $_____ $_____
*Appraiser for*     _____ $_____ $_____
*Other*             _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,386.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.4 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2 | TARGET NATIONAL BANK | $ 153.30 | $ 153.30 |
| 21 | TARGET NATIONAL BANK | $ 0.67 | $ 0.67 |
| 3 | Chase Bank USA, N.A. | $ 2,364.08 | $ 2,364.08 |
| 31 | Chase Bank USA, N.A. | $ 10.26 | $ 10.26 |
| 4 | Chase Bank USA, N.A. | $ 2,199.25 | $ 2,199.25 |
| 41 | Chase Bank USA, N.A. | $ 9.54 | $ 9.54 |
| 5 | Credit First NA | $ 794.46 | $ 794.46 |
| 51 | Credit First NA | $ 3.45 | $ 3.45 |
| 6 | NCO PORTFOLIO MANAGEMENT | $ 284.75 | $ 284.75 |
| 61 | NCO PORTFOLIO MANAGEMENT | $ 1.24 | $ 1.24 |
| 7 | GE Money Bank dba JCPENNEY CREDIT SERVICES | $ 213.88 | $ 213.88 |

**UST Form 101-7-TFR (9/1/2009)**

| Claim # | Claimant | Allowed | Proposed |
|---|---|---|---|
| 7I | GE Money Bank dba JCPENNEY CREDIT SERVICES | $ 0.93 | $ 0.93 |
| 8 | GE Money Bank dba WALMART | $ 760.67 | $ 760.67 |
| 8I | GE Money Bank dba WALMART | $ 3.30 | $ 3.30 |
| 9 | PYOD LLC its successors and assigns as assignee of | $ 798.88 | $ 798.88 |
| 9I | PYOD LLC its successors and assigns as assignee of | $ 3.47 | $ 3.47 |
| 10 | PYOD LLC its successors and assigns as assignee of | $ 361.40 | $ 361.40 |
| 10I | PYOD LLC its successors and assigns as assignee of | $ 1.57 | $ 1.57 |
| 11 | Rockford Mercantile Agency | $ 274.25 | $ 274.25 |
| 11I | Rockford Mercantile Agency | $ 1.19 | $ 1.19 |
| 12 | CBO/OSFMG Southridge | $ 182.00 | $ 182.00 |
| 12I | CBO/OSFMG Southridge | $ 0.79 | $ 0.79 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant*                              *Allowed Amt. of Claim   Proposed Payment*
                              N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant*                              *Allowed Amt. of Claim   Proposed Payment*
                              N/A

**UST Form 101-7-TFR (9/1/2009)**

The amount of surplus returned to the debtor after payment of all claims and interest is $39,660.85.

UST Form 101-7-TFR (9/1/2009)