UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: PINA, JORGE A<br>PINA, MARIA<br><br>Debtor(s) | § Case No. 09-74346<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 11/15/2010 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 09/28/2010    By: /s/JOSEPH D. OLSEN
                                         Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: PINA, JORGE A | § | Case No. 09-74346 |
| PINA, MARIA | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $ 90,011.45

*and approved disbursements of*  $ 46,750.21

*leaving a balance on hand of* [1]  $ 43,261.24

Claims of secured creditors will be paid as follows:

*Claimant*                                       *Proposed Payment*
                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | JOSEPH D. OLSEN | $ 5,767.53 | $ 1,258.53 |
| Attorney for trustee | Yalden, Olsen & Willette | $ 3,151.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*           *Fees*           *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,386.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.4 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2 | TARGET NATIONAL BANK | $ 153.30 | $ 153.30 |
| 2I | TARGET NATIONAL BANK | $ 0.67 | $ 0.67 |
| 3 | Chase Bank USA, N.A. | $ 2,364.08 | $ 2,364.08 |
| 3I | Chase Bank USA, N.A. | $ 10.26 | $ 10.26 |
| 4 | Chase Bank USA, N.A. | $ 2,199.25 | $ 2,199.25 |
| 4I | Chase Bank USA, N.A. | $ 9.54 | $ 9.54 |
| 5 | Credit First NA | $ 794.46 | $ 794.46 |
| 5I | Credit First NA | $ 3.45 | $ 3.45 |
| 6 | NCO PORTFOLIO MANAGEMENT | $ 284.75 | $ 284.75 |
| 6I | NCO PORTFOLIO MANAGEMENT | $ 1.24 | $ 1.24 |
| 7 | GE Money Bank dba JCPENNEY CREDIT SERVICES | $ 213.88 | $ 213.88 |

**UST Form 101-7-NFR (9/1/2009)**

| Claim # | Claimant | Allowed Amt. | Proposed Payment |
|---|---|---|---|
| 7I | GE Money Bank dba JCPENNEY CREDIT SERVICES | $ 0.93 | $ 0.93 |
| 8 | GE Money Bank dba WALMART | $ 760.67 | $ 760.67 |
| 8I | GE Money Bank dba WALMART | $ 3.30 | $ 3.30 |
| 9 | PYOD LLC its successors and assigns as assignee of | $ 798.88 | $ 798.88 |
| 9I | PYOD LLC its successors and assigns as assignee of | $ 3.47 | $ 3.47 |
| 10 | PYOD LLC its successors and assigns as assignee of | $ 361.40 | $ 361.40 |
| 10I | PYOD LLC its successors and assigns as assignee of | $ 1.57 | $ 1.57 |
| 11 | Rockford Mercantile Agency | $ 274.25 | $ 274.25 |
| 11I | Rockford Mercantile Agency | $ 1.19 | $ 1.19 |
| 12 | CBO/OSFMG Southridge | $ 182.00 | $ 182.00 |
| 12I | CBO/OSFMG Southridge | $ 0.79 | $ 0.79 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                        Allowed Amt. of Claim   Proposed Payment*

N/A

UST Form 101-7-NFR (9/1/2009)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*
                                N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $39,660.85.* (* less $15,000.00 already paid to Debtor)

Prepared By: /s/JOSEPH D. OLSEN
                    Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: cbachman              Page 1 of 2                   Date Rcvd: Oct 08, 2010
Case: 09-74346                 Form ID: pdf006             Total Noticed: 50

The following entities were noticed by first class mail on Oct 10, 2010.
db/jdb        Jorge A Pina,   Maria Pina,   4952 Antioch Dr.,   Rockford, IL 61109-3188
aty          +Craig A Willette,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
aty          +Laura L. McGarragan,   McGarragan Law Offices,   1004 N Main Street,   Rockford, IL 61103-9630
tr           +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
14537843      ADT Security Service,   PO Box 650485,   Dallas TX 75265-0485
14537845      AT & T Wireless,   PO Box 8212,   Aurora, IL 60572-8212
14537846      CBO/OSFMG Southridge,   CB Accounts,   PO Box 1289,   Peoria IL 61654-1289
14537847     +Chase Bank,   Dept. OH1-1188,   340 S Cleveland Ave. Bldg 370,   Westerville OH 43081-8917
14892712      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14537848      Chase Cardmember Service,   PO Box 15298,   Wilmington DE 19850-5298
14537849     +Chase/Bank One Card Serv,   800 Brooksedge Blvd.,   Westerville OH 43081-2822
14537850     +Client Services,   3451 Harry Truman Blvd.,   St. Charle MO 63301-9816
14964166     +Credit First NA,   P O Box 818011,   Cleveland OH 44181-8011
14537851     +Credit First Natl Assoc.,   PO Box 81344,   Cleveland OH 44188-0001
14537854    ++FORD MOTOR CREDIT COMPANY,   PO BOX 6275,   DEARBORN MI 48121-6275
             (address filed with court: Ford Motor Credit,   c/o National Bankruptcy Serv Center,
               PO Box 537901,   Livonia MI 48153-7901)
14537853      Firestone/Credit First NA,   PO Box 81315,   Cleveland OH 44181-0315
14603124     +Ford Motor Credit Company LLC,   P O Box 6275,   Dearborn MI 48121-6275
14675058     +Ford Motor Credit Company LLC,   % Steven L Nelson,   PO Box 3700,   Rock Island, Il 61204-3700
14537855     +Forest City Diagnostic Imaging,   735 Perryville Rd.,   Rockford IL 61107-6236
14537857     +HFC,   PO Box 3425,   Buffalo NY 14240-3425
14537858     +HSBC Bank,   PO Box 5253,   Carol Stream IL 60197-5253
14537859     +HSBC Best Buy,   PO Box 5253,   Carol Stream IL 60197-5253
14537860      HSBC Card Services,   PO Box 379,   Wood dale IL 60191-0379
14537861     +HSBC Card Services,   PO Box 5251,   Carol Stream IL 60197-5251
14537862      HSBC Retail Services,   PO Box 5244,   Carol Stream IL 60197-5244
14537864      KCA Financial Service,   PO Box 53,   Geneva IL 60134-0053
14537867    ++MARLIN MEDCLR INOVISION,   507 PRUDENTIAL ROAD,   HORSHAM PA 19044-2308
             (address filed with court: NCO Financial,   PO Box 41448,   Philadelphia PA 19101)
14537865      Macys,   PO Box 689195,   Des Moines IA 50368-9195
14537866      Mutual Management,   401 East State St.,   Rockford IL 61104-1027
14998618      NCO PORTFOLIO MANAGEMENT,   % Becket & Lee LLP,   POB 3001,   Malvern, PA 19355-0701
14537868     +Northland Group Inc.,   PO B0x 390905,   Minneapolis MN 55439-0905
15253958     +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
14537871     +Rockford Health System/RMH,   2400 North Rockton Ave.,   Rockford IL 61103-3655
14537872     +Rockford Mercantile Agency,   2502 S Alpine Rd.,   Rockford IL 61108-7813
14537873     +Sears,   PO Box 6276,   Sioux Falls SD 57117-6276
14537874      Sears Gold Mastercard,   PO Box 6282,   Sioux Falls SD 57117-6282
14537875      Swedish American MSO,   PO Box 1567,   Rockford IL 61110-0067
14874616     +TARGET NATIONAL BANK,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14537876      Target,   PO Box 1581,   Minneapolis MN 55440-1581
14537877      Union Plus Credit Card,   PO Box 80027,   Salinas CA 93912-0027
14537879     +Wells Fargo,   PO Box 10335,   Des Moines IA 50306-0335

The following entities were noticed by electronic transmission on Oct 09, 2010.
14537844      E-mail/PDF: recoverybankruptcy@afninet.com Oct 09 2010 09:36:56    Afni Inc.,   PO Box 3427,
               Bloomington IL 61702-3427
14537852      E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM
               Creditors Protection Service,   206 West State ST.,   Rockford IL 61101-1112
15071451     +E-mail/PDF: gecsedi@recoverycorp.com Oct 09 2010 07:57:11
               GE Money Bank dba JCPENNEY CREDIT SERVICES,   Care of Recovery Management Systems Corp,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
15071455     +E-mail/PDF: gecsedi@recoverycorp.com Oct 09 2010 07:57:11    GE Money Bank dba WALMART,
               Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
14537856     +E-mail/PDF: gecsedi@recoverycorp.com Oct 09 2010 07:57:11    GEMB,   PO Box 103104,
               Roswell GA 30076-9104
14537863     +E-mail/PDF: gecsedi@recoverycorp.com Oct 09 2010 09:37:26    JC Penney,   PO Box 981402,
               El Paso TX 79998-1402
14537869      E-mail/Text: ebn@vativrecovery.com                         Palisades Collection,
               210 Sylvan Ave.,   Englewood Clfs NJ 07632-2524
14537870     +E-mail/Text: ebn@phinsolutions.com                         RJM Acquisitions,
               575 Underhill Blvd STE 224,   Syosset NY 11791-3416
14537878      E-mail/PDF: gecsedi@recoverycorp.com Oct 09 2010 07:57:11    WalMart,   PO Box 981064,
               El Paso TX 79998-1064
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: cbachman           Page 2 of 2              Date Rcvd: Oct 08, 2010
Case: 09-74346                Form ID: pdf006          Total Noticed: 50
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 10, 2010**               **Signature:**   _Joseph Speetjens_