# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: PINA, JORGE A § Case No. 09-74346
      PINA, MARIA § 
 §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $165,760.00<br>*(without deducting any secured claims)* | Assets Exempt: $2,210.00 |
| Total Distribution to Claimants: $23,044.40 | Claims Discharged<br>Without Payment: $0.00 |
| Total Expenses of Administration: $27,307.69 | |

    3) Total gross receipts of $ 90,012.38 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 39,660.29 (see **Exhibit 2**), yielded net receipts of $50,352.09 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $156,000.00 | $31,426.45 | $14,619.58 | $14,619.58 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 27,307.69 | 27,307.69 | 27,307.69 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 378.00 | 13,387.82 | 8,424.82 | 8,424.82 |
| **TOTAL DISBURSEMENTS** | $156,378.00 | $72,121.96 | $50,352.09 | $50,352.09 |

    4)  This case was originally filed under Chapter 7 on October 05, 2009. The case was pending for 16 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/25/2011          By: /s/JOSEPH D. OLSEN
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 3872 Deer Run Blvd - TX property | 1110-000 | 90,000.00 |
| Interest Income | 1270-000 | 12.38 |
| **TOTAL GROSS RECEIPTS** | | **$90,012.38** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jorge A. Pina and Maria Pina | Per court order of 7/19 | 8200-002 | 15,000.00 |
| PINA, JORGE A | Dividend paid  62.17% on $39,660.29; Claim# SURPLUS; Filed: $39,660.29; Reference: | 8200-003 | 0.00 |
| PINA, JORGE A | Dividend paid  62.17% on $39,660.29; Claim# SURPLUS; Filed: $39,660.29; Reference: | 8200-000 | 24,660.29 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$39,660.29** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 4110-000 | N/A | 16,806.87 | 0.00 | 0.00 |
| NOTFILED | Wells Fargo | 4110-000 | 113,000.00 | N/A | N/A | 0.00 |
| NOTFILED | HFC | 4110-000 | 25,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Ford Motor Credit c/o National Bankruptcy Serv | 4110-000 | 18,000.00 | N/A | N/A | 0.00 |
| | Stewart Title Border Division | 4110-000 | N/A | 14,451.45 | 14,451.45 | 14,451.45 |
| | Stewart Title Border Division | 4800-000 | N/A | 168.13 | 168.13 | 168.13 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| TOTAL SECURED CLAIMS | $156,000.00 | $31,426.45 | $14,619.58 | $14,619.58 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 5,767.53 | 5,767.53 | 5,767.53 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 1,258.53 | 1,258.53 | 1,258.53 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 3,151.00 | 3,151.00 | 3,151.00 |
| Stewart Title Border Division | 2500-000 | N/A | 7,586.00 | 7,586.00 | 7,586.00 |
| Stewart Title Border Division | 3510-000 | N/A | 3,770.10 | 3,770.10 | 3,770.10 |
| Stewart Title Border Division | 2500-000 | N/A | 775.00 | 775.00 | 775.00 |
| Stewart Title Border Division | 2820-000 | N/A | 311.34 | 311.34 | 311.34 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 56.19 | 56.19 | 56.19 |
| United States Treasury | 2810-000 | N/A | 1,900.00 | 1,900.00 | 1,900.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 1,752.00 | 1,752.00 | 1,752.00 |
| Sikich LLP | 3310-000 | N/A | 980.00 | 980.00 | 980.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 27,307.69 | 27,307.69 | 27,307.69 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | TARGET NATIONAL BANK | 7100-000 | 112.00 | 153.30 | 153.30 | 153.30 |
| 2I | TARGET NATIONAL BANK | 7990-000 | N/A | 0.69 | 0.69 | 0.69 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 2,364.08 | 2,364.08 | 2,364.08 |
| 3I | Chase Bank USA, N.A. | 7990-000 | N/A | 10.68 | 10.68 | 10.68 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 2,199.25 | 2,199.25 | 2,199.25 |
| 4I | Chase Bank USA, N.A. | 7990-000 | N/A | 9.94 | 9.94 | 9.94 |
| 5 | Credit First NA | 7100-000 | N/A | 794.46 | 794.46 | 794.46 |
| 5I | Credit First NA | 7990-000 | N/A | 3.59 | 3.59 | 3.59 |
| 6 | NCO PORTFOLIO MANAGEMENT | 7100-000 | N/A | 284.75 | 284.75 | 284.75 |
| 6I | NCO PORTFOLIO MANAGEMENT | 7990-000 | N/A | 1.29 | 1.29 | 1.29 |
| 7 | GE Money Bank dba JCPENNEY CREDIT SERVICES | 7100-000 | N/A | 213.88 | 213.88 | 213.88 |
| 7I | GE Money Bank dba JCPENNEY CREDIT SERVICES | 7990-000 | N/A | 0.97 | 0.97 | 0.97 |
| 8 | GE Money Bank dba WALMART | 7100-000 | N/A | 760.67 | 760.67 | 760.67 |
| 8I | GE Money Bank dba WALMART | 7990-000 | N/A | 3.44 | 3.44 | 3.44 |
| 9 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 798.88 | 798.88 | 798.88 |
| 9I | PYOD LLC its successors and assigns as assignee of | 7990-000 | N/A | 3.61 | 3.61 | 3.61 |
| 10 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 361.40 | 361.40 | 361.40 |
| 10I | PYOD LLC its successors and assigns as assignee of | 7990-000 | N/A | 1.63 | 1.63 | 1.63 |
| 11 | Rockford Mercantile Agency | 7100-000 | 266.00 | 274.25 | 274.25 | 274.25 |
| 11I | Rockford Mercantile Agency | 7990-000 | N/A | 1.24 | 1.24 | 1.24 |
| 12 | CBO/OSFMG Southridge | 7100-000 | N/A | 5,145.00 | 182.00 | 182.00 |
| 12I | CBO/OSFMG Southridge | 7990-000 | N/A | 0.82 | 0.82 | 0.82 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 378.00 | 13,387.82 | 8,424.82 | 8,424.82 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-74346  
**Case Name:** PINA, JORGE A  
                PINA, MARIA  
**Period Ending:** 01/25/11

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 10/05/09 (f)  
**§341(a) Meeting Date:** 11/10/09  
**Claims Bar Date:** 03/17/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4952 Antioch Dr. - residence | 140,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash/checking | 60.00 | 0.00 | DA | 0.00 | FA |
| 3 | HHG/furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Clothing | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 5 | vehicles | 23,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | 3872 Deer Run Blvd - TX property | Unknown | 0.00 | | 90,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 12.38 | FA |
| 7 | Assets    Totals (Excluding unknown values) | **$165,760.00** | **$0.00** | | **$90,012.38** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2010        **Current Projected Date Of Final Report (TFR):**    June 30, 2010  (Actual)

Printed: 01/25/2011 10:29 AM    V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |  | |
|---|---|---|---|
| **Case Number:** | 09-74346 | **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Case Name:** | PINA, JORGE A | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | PINA, MARIA | **Account:** | ***-*****26-65 - Money Market Account |
| **Taxpayer ID #:** | **-***2886 | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 01/25/11 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)                                                                                                     Printed: 01/25/2011 10:29 AM    V.12.56

Case 09-74346    Doc 69    Filed 01/25/11    Entered 01/25/11 10:40:54    Desc Main
Document    Page 8 of 15

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 09-74346 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| **Case Name:** | PINA, JORGE A | | **Bank Name:** | The Bank of New York Mellon |
| | PINA, MARIA | | **Account:** | 9200-******26-65 - Money Market Account |
| **Taxpayer ID #:** | **-***2886 | | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 01/25/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/13/10 | | Stewart Title Border Division | sale of Eagle Pass property | | | 62,937.98 | | 62,937.98 |
| | {6} | | Eagle Pass property in Texas | 90,000.00 | 1110-000 | | | 62,937.98 |
| | | | Settlement charges to seller | -7,586.00 | 2500-000 | | | 62,937.98 |
| | | | first mortgage | -14,451.45 | 4110-000 | | | 62,937.98 |
| | | | commission | -3,770.10 | 3510-000 | | | 62,937.98 |
| | | | credit to buyer for owners title policy | -775.00 | 2500-000 | | | 62,937.98 |
| | | | County taxes 1/10 to 5/27/10 | -168.13 | 4800-000 | | | 62,937.98 |
| | | | school taxes | -311.34 | 2820-000 | | | 62,937.98 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 2.17 | | 62,940.15 |
| 06/04/10 | | To Account #9200******2666 | Payment of bond premium | | 9999-000 | | 52.18 | 62,887.97 |
| 06/08/10 | | To Account #9200******2666 | balance of bond premium | | 9999-000 | | 4.01 | 62,883.96 |
| 06/29/10 | | To Account #9200******2666 | Transfer funds to pay taxing authorities & accountant fees | | 9999-000 | | 4,632.00 | 58,251.96 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 3.60 | | 58,255.56 |
| 07/20/10 | | To Account #9200******2666 | Per Court order of 7/19 | | 9999-000 | | 15,000.00 | 43,255.56 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 3.12 | | 43,258.68 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 2.56 | | 43,261.24 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.35 | | 43,261.59 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.36 | | 43,261.95 |
| 11/19/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | | 1270-000 | 0.22 | | 43,262.17 |
| 11/19/10 | | To Account #9200******2666 | Preparation of Amd Dist. Rpt | | 9999-000 | | 43,262.17 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 62,950.36 | 62,950.36 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 62,950.36 | |
| | | | **Subtotal** | | 62,950.36 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$62,950.36** | **$0.00** | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 01/25/2011 10:29 AM    V.12.56

## Form 2
### Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-74346 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | PINA, JORGE A | | Bank Name: | The Bank of New York Mellon |
| | PINA, MARIA | | Account: | 9200-******26-66 - Checking Account |
| Taxpayer ID #: | **-***2886 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 01/25/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/04/10 | | From Account #9200******2665 | Payment of bond premium | 9999-000 | 52.18 | | 52.18 |
| 06/04/10 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-74346, Bond premium #016018067 Voided on 06/07/10 | 2300-003 | | 52.18 | 0.00 |
| 06/07/10 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-74346, Bond premium #016018067 Voided: check issued on 06/04/10 | 2300-003 | | -52.18 | 52.18 |
| 06/08/10 | | From Account #9200******2665 | balance of bond premium | 9999-000 | 4.01 | | 56.19 |
| 06/08/10 | 102 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-74346, Bond premium #016018067 Voided on 06/08/10 | 2300-003 | | 56.19 | 0.00 |
| 06/08/10 | 102 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-74346, Bond premium #016018067 Voided: check issued on 06/08/10 | 2300-003 | | -56.19 | 56.19 |
| 06/08/10 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-74346, Bond Premium #016018067 | 2300-000 | | 56.19 | 0.00 |
| 06/29/10 | | From Account #9200******2665 | Transfer funds to pay taxing authorities & accountant fees | 9999-000 | 4,632.00 | | 4,632.00 |
| 06/29/10 | 104 | United States Treasury | pymt of 2009 taxes - Form 1041 | 2810-000 | | 1,900.00 | 2,732.00 |
| 06/29/10 | 105 | Illinois Department of Revenue | 6/30/10 fiduciary taxes - IL-1041-V - EIN 27-6608385 | 2820-000 | | 1,752.00 | 980.00 |
| 07/20/10 | | From Account #9200******2665 | Per Court order of 7/19 | 9999-000 | 15,000.00 | | 15,980.00 |
| 07/20/10 | 106 | Sikich LLP | Acct. fees for preparation 09 fiduciary returns | 3310-000 | | 980.00 | 15,000.00 |
| 07/20/10 | 107 | Jorge A. Pina and Maria Pina | Per court order of 7/19 | 8200-002 | | 15,000.00 | 0.00 |
| 11/19/10 | | From Account #9200******2665 | Preparation of Amd Dist. Rpt | 9999-000 | 43,262.17 | | 43,262.17 |
| 12/03/10 | 108 | Yalden, Olsen & Willette | Dividend paid 100.00% on $3,151.00, Attorney for Trustee Fees (Trustee Firm); Reference: Voided on 12/06/10 | 3110-003 | | 3,151.00 | 40,111.17 |
| 12/03/10 | 109 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,258.53, Trustee Expenses; Reference: Voided on 12/06/10 | 2200-003 | | 1,258.53 | 38,852.64 |
| 12/03/10 | 110 | JOSEPH D. OLSEN | Dividend paid 100.00% on $5,767.53, Trustee Compensation; Reference: Voided on 12/06/10 | 2100-003 | | 5,767.53 | 33,085.11 |

Subtotals : $62,950.36   $29,865.25

{} Asset reference(s)

Printed: 01/25/2011 10:29 AM   V.12.56

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 09-74346  
**Case Name:** PINA, JORGE A  
PINA, MARIA  
**Taxpayer ID #:** **-***2886  
**Period Ending:** 01/25/11

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******26-66 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/03/10 | 111 | TARGET NATIONAL BANK | Dividend paid 100.00% on $153.30; Claim# 2; Filed: $153.30; Reference: Voided on 12/06/10 | 7100-003 | | 153.30 | 32,931.81 |
| 12/03/10 | 112 | Chase Bank USA, N.A. | Dividend paid 100.00% on $2,364.08; Claim# 3; Filed: $2,364.08; Reference: Voided on 12/06/10 | 7100-003 | | 2,364.08 | 30,567.73 |
| 12/03/10 | 113 | Chase Bank USA, N.A. | Dividend paid 100.00% on $2,199.25; Claim# 4; Filed: $2,199.25; Reference: Voided on 12/06/10 | 7100-003 | | 2,199.25 | 28,368.48 |
| 12/03/10 | 114 | Credit First NA | Dividend paid 100.00% on $794.46; Claim# 5; Filed: $794.46; Reference: Voided on 12/06/10 | 7100-003 | | 794.46 | 27,574.02 |
| 12/03/10 | 115 | NCO PORTFOLIO MANAGEMENT | Dividend paid 100.00% on $284.75; Claim# 6; Filed: $284.75; Reference: Voided on 12/06/10 | 7100-003 | | 284.75 | 27,289.27 |
| 12/03/10 | 116 | GE Money Bank dba JCPENNEY CREDIT SERVICES | Dividend paid 100.00% on $213.88; Claim# 7; Filed: $213.88; Reference: Voided on 12/06/10 | 7100-003 | | 213.88 | 27,075.39 |
| 12/03/10 | 117 | GE Money Bank dba WALMART | Dividend paid 100.00% on $760.67; Claim# 8; Filed: $760.67; Reference: Voided on 12/06/10 | 7100-003 | | 760.67 | 26,314.72 |
| 12/03/10 | 118 | PYOD LLC its successors and assigns as assignee of | Dividend paid 100.00% on $798.88; Claim# 9; Filed: $798.88; Reference: Voided on 12/06/10 | 7100-003 | | 798.88 | 25,515.84 |
| 12/03/10 | 119 | PYOD LLC its successors and assigns as assignee of | Dividend paid 100.00% on $361.40; Claim# 10; Filed: $361.40; Reference: Voided on 12/06/10 | 7100-003 | | 361.40 | 25,154.44 |
| 12/03/10 | 120 | Rockford Mercantile Agency | Dividend paid 100.00% on $274.25; Claim# 11; Filed: $274.25; Reference: Voided on 12/06/10 | 7100-003 | | 274.25 | 24,880.19 |
| 12/03/10 | 121 | CBO/OSFMG Southridge | Dividend paid 100.00% on $182.00; Claim# 12; Filed: $5,145.00; Reference: Voided on 12/06/10 | 7100-003 | | 182.00 | 24,698.19 |
| 12/03/10 | 122 | Chase Bank USA, N.A. | Dividend paid 100.00% on $10.68; Claim# 3I; Filed: $10.68; Reference: Voided on 12/06/10 | 7990-003 | | 10.68 | 24,687.51 |
| 12/03/10 | 123 | Chase Bank USA, N.A. | Dividend paid 100.00% on $9.94; Claim# 4I; Filed: $9.94; Reference: Voided on 12/06/10 | 7990-003 | | 9.94 | 24,677.57 |

Subtotals :    $0.00    $8,407.54

{} Asset reference(s)                                                                                                        Printed: 01/25/2011 10:29 AM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 09-74346  
**Case Name:** PINA, JORGE A  
PINA, MARIA  
**Taxpayer ID #:** **-***2886  
**Period Ending:** 01/25/11

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******26-66 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/03/10 | 124 | PINA, JORGE A | Dividend paid 62.17% on $39,660.29; Claim# SURPLUS; Filed: $39,660.29; Reference: Voided on 12/06/10 | 8200-003 | | 24,660.29 | 17.28 |
| 12/03/10 | 125 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Voided on 12/06/10 | 7990-003 | | 17.28 | 0.00 |
| 12/06/10 | 108 | Yalden, Olsen & Willette | Dividend paid 100.00% on $3,151.00, Attorney for Trustee Fees (Trustee Firm); Reference: Voided: check issued on 12/03/10 | 3110-003 | | -3,151.00 | 3,151.00 |
| 12/06/10 | 109 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,258.53, Trustee Expenses; Reference: Voided: check issued on 12/03/10 | 2200-003 | | -1,258.53 | 4,409.53 |
| 12/06/10 | 110 | JOSEPH D. OLSEN | Dividend paid 100.00% on $5,767.53, Trustee Compensation; Reference: Voided: check issued on 12/03/10 | 2100-003 | | -5,767.53 | 10,177.06 |
| 12/06/10 | 111 | TARGET NATIONAL BANK | Dividend paid 100.00% on $153.30; Claim# 2; Filed: $153.30; Reference: Voided: check issued on 12/03/10 | 7100-003 | | -153.30 | 10,330.36 |
| 12/06/10 | 112 | Chase Bank USA, N.A. | Dividend paid 100.00% on $2,364.08; Claim# 3; Filed: $2,364.08; Reference: Voided: check issued on 12/03/10 | 7100-003 | | -2,364.08 | 12,694.44 |
| 12/06/10 | 113 | Chase Bank USA, N.A. | Dividend paid 100.00% on $2,199.25; Claim# 4; Filed: $2,199.25; Reference: Voided: check issued on 12/03/10 | 7100-003 | | -2,199.25 | 14,893.69 |
| 12/06/10 | 114 | Credit First NA | Dividend paid 100.00% on $794.46; Claim# 5; Filed: $794.46; Reference: Voided: check issued on 12/03/10 | 7100-003 | | -794.46 | 15,688.15 |
| 12/06/10 | 115 | NCO PORTFOLIO MANAGEMENT | Dividend paid 100.00% on $284.75; Claim# 6; Filed: $284.75; Reference: Voided: check issued on 12/03/10 | 7100-003 | | -284.75 | 15,972.90 |
| 12/06/10 | 116 | GE Money Bank dba JCPENNEY CREDIT SERVICES | Dividend paid 100.00% on $213.88; Claim# 7; Filed: $213.88; Reference: Voided: check issued on 12/03/10 | 7100-003 | | -213.88 | 16,186.78 |
| 12/06/10 | 117 | GE Money Bank dba WALMART | Dividend paid 100.00% on $760.67; Claim# 8; Filed: $760.67; Reference: Voided: check issued on 12/03/10 | 7100-003 | | -760.67 | 16,947.45 |
| 12/06/10 | 118 | PYOD LLC its successors and assigns as assignee of | Dividend paid 100.00% on $798.88; Claim# 9; Filed: $798.88; Reference: Voided: check issued on 12/03/10 | 7100-003 | | -798.88 | 17,746.33 |
| 12/06/10 | 119 | PYOD LLC its successors and | Dividend paid 100.00% on $361.40; Claim# 10; | 7100-003 | | -361.40 | 18,107.73 |

Subtotals :  $0.00  $6,569.84

{} Asset reference(s)

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 6

| **Case Number:** | 09-74346 | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|
| **Case Name:** | PINA, JORGE A / PINA, MARIA | **Bank Name:** | The Bank of New York Mellon |
| **Taxpayer ID #:** | **-***2886 | **Account:** | 9200-******26-66 - Checking Account |
| **Period Ending:** | 01/25/11 | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | assigns as assignee of | Filed: $361.40; Reference:<br>Voided: check issued on 12/03/10 | | | | |
| 12/06/10 | 120 | Rockford Mercantile Agency | Dividend paid 100.00% on $274.25; Claim# 11; Filed: $274.25; Reference:<br>Voided: check issued on 12/03/10 | 7100-003 | | -274.25 | 18,381.98 |
| 12/06/10 | 121 | CBO/OSFMG Southridge | Dividend paid 100.00% on $182.00; Claim# 12; Filed: $5,145.00; Reference:<br>Voided: check issued on 12/03/10 | 7100-003 | | -182.00 | 18,563.98 |
| 12/06/10 | 122 | Chase Bank USA, N.A. | Dividend paid 100.00% on $10.68; Claim# 3I; Filed: $10.68; Reference:<br>Voided: check issued on 12/03/10 | 7990-003 | | -10.68 | 18,574.66 |
| 12/06/10 | 123 | Chase Bank USA, N.A. | Dividend paid 100.00% on $9.94; Claim# 4I; Filed: $9.94; Reference:<br>Voided: check issued on 12/03/10 | 7990-003 | | -9.94 | 18,584.60 |
| 12/06/10 | 124 | PINA, JORGE A | Dividend paid 62.17% on $39,660.29; Claim# SURPLUS; Filed: $39,660.29; Reference:<br>Voided: check issued on 12/03/10 | 8200-003 | | -24,660.29 | 43,244.89 |
| 12/06/10 | 125 | U.S. Bankruptcy Court | COMBINED SMALL CHECK<br>Voided: check issued on 12/03/10 | 7990-003 | | -17.28 | 43,262.17 |
| 12/06/10 | 126 | Yalden, Olsen & Willette | Dividend paid 100.00% on $3,151.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,151.00 | 40,111.17 |
| 12/06/10 | 127 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,258.53, Trustee Expenses;  Reference: | 2200-000 | | 1,258.53 | 38,852.64 |
| 12/06/10 | 128 | JOSEPH D. OLSEN | Dividend paid 100.00% on $5,767.53, Trustee Compensation;  Reference: | 2100-000 | | 5,767.53 | 33,085.11 |
| 12/06/10 | 129 | PINA, JORGE A | Dividend paid 62.17% on $39,660.29; Claim# SURPLUS; Filed: $39,660.29; Reference: | 8200-000 | | 24,660.29 | 8,424.82 |
| 12/06/10 | 130 | CBO/OSFMG Southridge | Combined Check for Claims#12,12I | | | 182.82 | 8,242.00 |
| | | | Dividend paid 100.00%        182.00<br>on $182.00;  Claim# 12;<br>Filed: $5,145.00 | 7100-000 | | | 8,242.00 |
| | | | Dividend paid 100.00%          0.82<br>on $0.82;  Claim# 12I;<br>Filed: $0.82 | 7990-000 | | | 8,242.00 |
| 12/06/10 | 131 | Chase Bank USA, N.A. | Combined Check for Claims#3,4,3I,4I | | | 4,583.95 | 3,658.05 |
| | | | Dividend paid 100.00%      2,364.08<br>on $2,364.08;  Claim# 3;<br>Filed: $2,364.08 | 7100-000 | | | 3,658.05 |
| | | | Dividend paid 100.00%      2,199.25 | 7100-000 | | | 3,658.05 |

Subtotals :            $0.00        $14,449.68

{} Asset reference(s)                                                                                              Printed: 01/25/2011 10:29 AM        V.12.56

Case 09-74346  Doc 69  Filed 01/25/11  Entered 01/25/11 10:40:54  Desc Main
Document      Page 13 of 15

Exhibit 9

## Form 2

Page: 7

### Cash Receipts And Disbursements Record

**Case Number:** 09-74346  
**Case Name:** PINA, JORGE A  
PINA, MARIA  
**Taxpayer ID #:** **-***2886  
**Period Ending:** 01/25/11  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******26-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | on $2,199.25; Claim# 4;<br>Filed: $2,199.25 | | | | | |
| | | | Dividend paid 100.00%<br>on $10.68; Claim# 3I;<br>Filed: $10.68 | 10.68 | 7990-000 | | | 3,658.05 |
| | | | Dividend paid 100.00%<br>on $9.94; Claim# 4I;<br>Filed: $9.94 | 9.94 | 7990-000 | | | 3,658.05 |
| 12/06/10 | 132 | Credit First NA | Combined Check for Claims#5,5I | | | | 798.05 | 2,860.00 |
| | | | Dividend paid 100.00%<br>on $794.46; Claim# 5;<br>Filed: $794.46 | 794.46 | 7100-000 | | | 2,860.00 |
| | | | Dividend paid 100.00%<br>on $3.59; Claim# 5I;<br>Filed: $3.59 | 3.59 | 7990-000 | | | 2,860.00 |
| 12/06/10 | 133 | GE Money Bank dba JCPENNEY CREDIT SERVICES | Combined Check for Claims#7,7I | | | | 214.85 | 2,645.15 |
| | | | Dividend paid 100.00%<br>on $213.88; Claim# 7;<br>Filed: $213.88 | 213.88 | 7100-000 | | | 2,645.15 |
| | | | Dividend paid 100.00%<br>on $0.97; Claim# 7I;<br>Filed: $0.97 | 0.97 | 7990-000 | | | 2,645.15 |
| 12/06/10 | 134 | GE Money Bank dba WALMART | Combined Check for Claims#8,8I | | | | 764.11 | 1,881.04 |
| | | | Dividend paid 100.00%<br>on $760.67; Claim# 8;<br>Filed: $760.67 | 760.67 | 7100-000 | | | 1,881.04 |
| | | | Dividend paid 100.00%<br>on $3.44; Claim# 8I;<br>Filed: $3.44 | 3.44 | 7990-000 | | | 1,881.04 |
| 12/06/10 | 135 | NCO PORTFOLIO MANAGEMENT | Combined Check for Claims#6,6I | | | | 286.04 | 1,595.00 |
| | | | Dividend paid 100.00%<br>on $284.75; Claim# 6;<br>Filed: $284.75 | 284.75 | 7100-000 | | | 1,595.00 |
| | | | Dividend paid 100.00%<br>on $1.29; Claim# 6I;<br>Filed: $1.29 | 1.29 | 7990-000 | | | 1,595.00 |
| 12/06/10 | 136 | PYOD LLC its successors and assigns as assignee of | Combined Check for Claims#9,10,9I,10I | | | | 1,165.52 | 429.48 |

Subtotals: $0.00  $3,228.57

{} Asset reference(s)                                    Printed: 01/25/2011 10:29 AM   V.12.56

Exhibit 9

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| | |  | |
|---|---|---|---|
| **Case Number:** | 09-74346 | **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Case Name:** | PINA, JORGE A | **Bank Name:** | The Bank of New York Mellon |
| | PINA, MARIA | **Account:** | 9200-******26-66 - Checking Account |
| **Taxpayer ID #:** | **-***2886 | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 01/25/11 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Dividend paid 100.00% on $798.88;  Claim# 9; Filed: $798.88 | 798.88 | 7100-000 | | | 429.48 |
| | | | Dividend paid 100.00% on $361.40;  Claim# 10; Filed: $361.40 | 361.40 | 7100-000 | | | 429.48 |
| | | | Dividend paid 100.00% on $3.61;  Claim# 9I; Filed: $3.61 | 3.61 | 7990-000 | | | 429.48 |
| | | | Dividend paid 100.00% on $1.63;  Claim# 10I; Filed: $1.63 | 1.63 | 7990-000 | | | 429.48 |
| 12/06/10 | 137 | Rockford Mercantile Agency | Combined Check for Claims#11,11I | | | | 275.49 | 153.99 |
| | | | Dividend paid 100.00% on $274.25;  Claim# 11; Filed: $274.25 | 274.25 | 7100-000 | | | 153.99 |
| | | | Dividend paid 100.00% on $1.24;  Claim# 11I; Filed: $1.24 | 1.24 | 7990-000 | | | 153.99 |
| 12/06/10 | 138 | TARGET NATIONAL BANK | Combined Check for Claims#2,2I | | | | 153.99 | 0.00 |
| | | | Dividend paid 100.00% on $153.30;  Claim# 2; Filed: $153.30 | 153.30 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $0.69;  Claim# 2I; Filed: $0.69 | 0.69 | 7990-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 62,950.36 | 62,950.36 | $0.00 |
| Less: Bank Transfers | 62,950.36 | 0.00 | |
| **Subtotal** | 0.00 | 62,950.36 | |
| Less: Payments to Debtors | | 39,660.29 | |
| **NET Receipts / Disbursements** | **$0.00** | **$23,290.07** | |

{} Asset reference(s)                                      Printed: 01/25/2011 10:29 AM    V.12.56

Exhibit 9

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-74346 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| **Case Name:** | PINA, JORGE A | | **Bank Name:** | The Bank of New York Mellon |
| | PINA, MARIA | | **Account:** | 9200-******26-66 - Checking Account |
| **Taxpayer ID #:** | **-***2886 | | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 01/25/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  |  |
|---|---|
| Net Receipts : | 62,950.36 |
| Plus Gross Adjustments : | 27,062.02 |
| Less Payments to Debtor : | 15,000.00 |
| Net Estate : | $75,012.38 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****26-65 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******26-65 | 62,950.36 | 0.00 | 0.00 |
| Checking # 9200-******26-66 | 0.00 | 23,290.07 | 0.00 |
| | $62,950.36 | $23,290.07 | $0.00 |

{} Asset reference(s)  Printed: 01/25/2011 10:29 AM    V.12.56